**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (6/11/10)  Case Number **10–28868–RAM**

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/1/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.

All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office.

**NOTE:  THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

See Reverse Side For Important Explanations and SDFL Local Court Requirements.

**Debtor(s) name(s) and address(es)** (for names include married, maiden and trade used by the debtor(s) in the last 8 years):
Milagros Novo
aka Milagros Novo–Chade
3232 Coral Way #801
Miami, FL 33145

| **Case Number:** 10–28868–RAM | **Last four digits of Social–Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:** xxx–xx–0064 |
|---|---|
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:** Patrick L Cordero Esq  198 NW 37 Ave.  Miami, FL 33125  **Telephone number:**  (305) 445–4855 | **Bankruptcy Trustee (name and address):** Marcia T Dunn  POB 561507  Miami, FL 33256–1507  **Telephone number:**  305–275–2733 |

### MEETING OF CREDITORS

Date: **August 11, 2010**           Time:  **01:30 PM**

Location:  **Claude Pepper Federal Bldg, 51 SW First Ave Room 102, Miami, FL 33130**

 Note: Debtors must bring original government–issued photo identification and proof of the social security number (or if applicable Tax ID) to this meeting.
 WARNING TO DEBTOR: Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to timely file required schedules, statements or lists, and for failure to file pre–bankruptcy certification of credit counseling or file wage documentation.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:**   10/12/10
**Deadline to Object to Trustee's Report of Abandonment:** See explanation on reverse.
**Deadline to Object to Exemptions:**
Thirty days after the conclusion of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the bankruptcy clerk's office where assigned judge is chambered:** US Bankruptcy Court  51 SW 1st Ave, Room 1517  Miami, FL 33130  Telephone:(305)714–1800 | |
|---|---|
| **Hours Open:**  Monday – Friday 9:00 AM – 4:30 PM  Closed all Legal Holidays | **Clerk of the Bankruptcy Court:**  Katherine Gould Feldman  **For:** Judge  Robert A Mark  **Date:** 7/2/10 |

## EXPLANATIONS

FORM B9A (6/11/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side (or the existing case under another chapter has been converted to chapter 7). |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government−issued photo identification and proof of the social security number (or, if applicable, Tax ID) at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date without further notice. As mandated by the Department of Homeland Security, **ALL** visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g., drivers license, state identification card, passport, or immigration card). |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this case is converted from chapter 13, pursuant to Local Rules 1019−1(E) and 3002−1(A), it has been designated as a no asset case at this time. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. Writing a letter to the court or judge is not sufficient. An adversary complaint must be filed in accordance with the applicable rules. The discharge will not be issued until the Official Bankruptcy Form "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management" is filed by the debtor. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format at any clerk's office public terminal (at no charge for viewing ) or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (305)536−5979 or (800)473−0226. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonment of Property by Trustee | Pursuant to Local Rule 6007−1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within 2 business days. Objections to the report must be filed within 14 days of the meeting. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |
| Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 113C-1           User: cohend                 Page 1 of 2                   Date Rcvd: Jul 02, 2010
Case: 10-28868                 Form ID: B9A                 Total Noticed: 48


The following entities were noticed by first class mail on Jul 04, 2010.
db           +Milagros Novo,    3232 Coral Way #801,    Miami, FL 33145-3187
aty          +Patrick L Cordero, Esq,    198 NW 37 Ave.,    Miami, FL 33125-4826
ust          +Office of the US Trustee,    51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
88210086     +Amo Recoveries,    Attn: Bankruptcy,    POB 8005,    Cleveland, TN 37320-8005
88210093     +Carrington Mortgage Services, LLC,    POB 79001,    Phoenix, AZ 85062-9001
88210097     +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
88210098     +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
88210106     +Flagstar Bank, FSB,    c/o Van Ness Law Firm, PA,    1239 E Newport Center Dr #110,
               Deerfield Beach, FL 33442-7711
88210108     +Hilco Rec,    5 Revere Dr #510,    Northbrook, IL 60062-8007
88210109     +Honorable Eric Holder,    Attorney General of the United States,    Dept of Justice #4400,
               950 Pennsylvania Ave NW,    Washington, DC 20530-0009
88210110     +Honorable Jeffrey H. Sloman,    United States Attorney,    99 NE 4 St,    Miami, Fl 33132-2131
88210114     +Jorge A. Chade,    3260 SW 139 Ave,    Miami, FL 33175-6704
88210115      LTD Financial Services,    7322 SW Freeway # 1600,    Houston, TX. 77074
88210118     +MRS Associates, Inc,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
88210121     +NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
88210119     +National City Mortgage,    Attn: Bankruptcy Dept,    3232 Newmark Dr,    Miamisburg, OH 45342-5433
88210120      Nationwide Recovery Service,    Pob 170800,    Milwaukee, WI 53217-8065
88210122     +Professional Collection Systems,    POB 538092,    Orlando, FL 32853-8092
88210123     +Professional Recovery Services, Inc,    Pob 1880,    Voorhees, NJ 08043-7880
88210124     +Sheridan Emergency Physician Services,    POB 848508,    Pembroke Pines, FL 33084-0508
88210125     +Special Assistant United States Attorney,    c/o Internal Revenue Serv. Area Counsel,
               Claude Pepper Federal Bldg.,    51 SW 1 Ave #1114,    Miami, Fl 33130-1623
88210126     +Special Asst US Attorney,    c/o IRS Area Counsel,    1000 S Pine Island Rd #300,
               Plantation, Fl 33324-3910
88210127     +Visdsnb,    Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
88210128     +Wffnatbank,    POB 94498,    Las Vegas, NV 89193-4498

The following entities were noticed by electronic transmission on Jul 02, 2010.
tr            EDI: QMTDUNN.COM Jul 02 2010 19:58:00      Marcia T Dunn,    POB 561507,    Miami, FL  33256-1507
smg           EDI: FLDEPREV.COM Jul 02 2010 19:58:00      Florida Department of Revenue,    POB 6668,
               Tallahassee, FL  32314-6668
88210087     +EDI: ARSN.COM Jul 02 2010 19:58:00      ARS National Services, Inc,    Pob 463023,
               Escondido, CA 92046-3023
88210085     +EDI: BECKLEE.COM Jul 02 2010 19:58:00      American Express,    c/o Becket and Lee,    POB 3001,
               Malvern, PA 19355-0701
88210089     +EDI: BANKAMER.COM Jul 02 2010 19:58:00      Bank Of America,    4161 Piedmont Pkwy,
               Greensboro, NC 27410-8119
88210088     +EDI: BANKAMER2.COM Jul 02 2010 19:58:00      Bank Of America,    POB 1598,    Norfolk, VA 23501-1598
88210090     +EDI: TSYS2.COM Jul 02 2010 19:58:00      Barclays Bank Delaware,    Attn: Customer Support Dept,
               POB 8833,    Wilmington, DE 19899-8833
88210091     +EDI: CAPITALONE.COM Jul 02 2010 19:58:00      Capital 1 Bank,    Attn: C/O TSYS Debt Management,
               POB 5155,    Norcross, GA 30091-5155
88210092     +EDI: CAPITALONE.COM Jul 02 2010 19:58:00      Capital One,    POB 530081,    Atlanta, GA 30353-0081
88210095     +EDI: CHASE.COM Jul 02 2010 19:58:00      Chase,    POB 15298,    Wilmington, DE 19850-5298
88210096      EDI: CHASE.COM Jul 02 2010 19:58:00      Chase,    POB 15655,    Wilmington, DE 19886-5655
88210094      EDI: CHASE.COM Jul 02 2010 19:58:00      Chase,    Bank One Card Serv,    Westerville, OH 43081
88210099     +EDI: CHASE.COM Jul 02 2010 19:58:00      Chase Na,    Attn: Bankruptcy Dept,    POB 100018,
               Kennesaw, GA 30156-9204
88210100     +EDI: CITICORP.COM Jul 02 2010 19:58:00      Citi,    POB 6241,    Sioux Falls, SD 57117-6241
88210101     +EDI: CITICORP.COM Jul 02 2010 19:58:00      Citibank Na,    Attn: Centralized Bankruptcy,
               POB 20507,    Kansas City, MO 64195-0507
88210103     +EDI: CITICORP.COM Jul 02 2010 19:58:00      Citibank Usa,    Attn: Centralized  Bankruptcy,
               POB 20507,    Kansas City, MO 64195-0507
88210104     +EDI: DISCOVER.COM Jul 02 2010 19:58:00      Discover Fin Svcs Llc,    POB 15316,
               Wilmington, DE 19850-5316
88210105     +E-mail/Text: bankruptcysupport@flagstar.com                            Flagstar Bank,
               Attn: Bankruptcy Dept MS-S144-3,    5151 Corporate Dr,    Troy, MI 48098-2639
88210107     +EDI: RMSC.COM Jul 02 2010 19:58:00      GEMB / HH Gregg,    Attn: Bankruptcy,    POB 103106,
               Roswell, GA 30076-9106
88210111     +EDI: HFC.COM Jul 02 2010 19:58:00      HSBC,    ATTN: BANKRUPTCY,    Pob 5253,
               Carol Stream, IL 60197-5253
88210112      EDI: IRS.COM Jul 02 2010 19:58:00      Internal Revenue Serv,    Compliance Serv Insolvency,
               STOP 5730,    7850 SW 6 Ct,    Plantation, Fl 33324
88210113      EDI: IRS.COM Jul 02 2010 19:58:00      Internal Revenue Service,    POB 21126,
               Philadelphia, PA 19114-0326
88210116     +EDI: RESURGENT.COM Jul 02 2010 20:03:00      Lvnv Funding Llc,    POB 740281,
               Houston, TX 77274-0281
88210117     +EDI: BANKAMER.COM Jul 02 2010 19:58:00      MBNA Bank of America,    655 Paper Mill Road,
               Wilmington, DE 19884-1510
                                                                                               TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
88210102*     +Citibank Na,    Attn.:  Centralized Bankruptcy,    Pob 20507,    Kansas City, MO 64195-0507
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113C-1          User: cohend           Page 2 of 2           Date Rcvd: Jul 02, 2010
Case: 10-28868                Form ID: B9A           Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2010**              Signature:    _Joseph Speetjens_